# EXHIBIT 8

# The University of the State of New York
### Education Department

## NEW YORK MILITARY ACADEMY

## AMENDMENT OF CHARTER

This Instrument Witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York at their meeting of March 13, 2017.

An application having been made by and on behalf of the trustees of the New York Military Academy, for an amendment of its charter, it was

<u>Voted</u>, that the provisional charter of the New York Military Academy located in Cornwall-on-Hudson, county of Orange, and state of New York, which was granted by action of the Board of Regents on March 13, 1890; made absolute on June 21, 1893; amended on various occasions with last amendment granted on July 30, 1976 be, and the same hereby is, amended to add a new section to the charter to reads as follows:
"Research Center on Natural Conservation, Inc. will nominate at least four of the members of the board of trustees of the corporation if it is operating with only five trustees, and at least 75% out of the whole board of trustees of the corporation if it is operating with more than five trustees."



Granted, March 13, 2017 by the Board of Regents of The University of the State of New York, for and on behalf of the State Education Department, and executed under the seal of said University and recorded as Number 26,624.

**Chancellor**

**President of the University and Commissioner of Education**

# The University of the State of New York
## Education Department

Amendment to Charter

NEW YORK MILITARY ACADEMY

THIS INSTRUMENT WITNESSETH That the Regents of The University of the State of New York have amended the charter of New York Military Academy, located at Cornwall-on-Hudson, county of Orange, State of New York, which was incorporated by the Board of Regents under a provisional charter on March 13, 1890, such charter having been made absolute on June 21, 1893, and amended by the Regents on January 18, 1934, October 18, 1946 and February 25, 1965, by changing its statement of purpose to read as follows:

> "The purpose of the corporation is to conduct an institution for the elementary and secondary education of young men and young women."

Granted July 30, 1976 by the Board of Regents of The University of the State of New York and executed under the seal of said University and recorded as Number 15,235.



Chancellor

President of The University and Commissioner of Education

# The University of the State of New York Education Department



## Amendment to Charter of

### New York Military Academy

This instrument witnesseth That the Board of Regents for and on behalf of the Education Department of the State of New York has amended the charter of New York Military Academy, Cornwall-on-Hudson, Orange County, New York, — which was incorporated by the Board of Regents under a provisional charter on March 13, 1890, such charter having been made absolute on June 21, 1893, and amended by Regents action on January 18, 1934, and having been further amended and revised by Regents action on October 18, 1946, — by deleting from paragraph 3 of said charter the words "by unanimous vote" and by substituting therefor the words "by vote of two-thirds of the board of trustees."

Granted February 25, 1955, by the Board of Regents for and on behalf of the State Education Department, executed under the seal of said Department and recorded therein, Number **8823**



Edgar W. Couper
Chancellor

James E. Allen Jr.
President of the University
and Commissioner of Education

# The University of the State of New York



## Amendment to charter of
## New York Military Academy

**This instrument witnesseth** That the Regents of the University of the State of New York have amended the charter of New York Military Academy, Cornwall-on-Hudson, Orange county, - granted provisionally by the Board of Regents on March 19, 1890, made absolute on June 21, 1893, and amended by Regents action on January 18, 1934, by empowering the trustees to increase or decrease their number, - so that the provisions of the absolute charter, as amended, shall be as follows:

1. The name of the corporation is New York Military Academy.

2. The purpose of the corporation is to conduct an institution for the elementary and secondary education of boys.

3. The number of trustees is ten. The present trustees of the corporation, namely Charles J. Hardy sr, John G. Shattuck, Frank J. Reynolds, William H. Emes sr, Joseph J. Kohout, George R. Dempsey, Frank A. Pattillo, E. M. Scarborough, T. Francis Reidy and A. C. Palmer shall continue to be trustees and their successors shall be chosen by the members of the corporation, with power in the board of trustees to fill vacancies, to adopt bylaws and, from time to time, by unanimous vote to fix the terms of office of said trustees and their number, to be not more than 25 nor less than five.

4. The corporation is a nonstock corporation organized and operated exclusively for educational purposes, and no part of its earnings or net income shall inure to the benefit of any individual, and no officer, member or employe of the corporation shall receive or be entitled to receive any pecuniary profit from the operations thereof, except reasonable compensation for services.

5. The institution maintained by such corporation and the principal office of the corporation are located at Cornwall-on-Hudson, county of Orange and State of New York.

**Granted** October 18, 1946 by the Regents of the University of the State of New York executed under their seal and recorded in their office. Number **5309**

*William J. Wallin*
Chancellor

*Francis T. Spaulding*
President of the University
and
Commissioner of Education



# The University of the State of New York

## Amendment to charter of

## New York Military Academy

This instrument witnesseth That the Regents of the University of the State of New York have amended the provisional charter granted March 13, 1890, to New York Military Academy, Cornwall, Orange County, New York, (such provisional charter having been made absolute June 21, 1893) by adding thereto the following provision:

The trustees of the corporation shall hold office until their successors shall be chosen by the members of the corporation, with power therein to increase or decrease its membership in such manner and upon such terms as shall be provided for by the general rules of its trustees, and with power in them from time to time, by unanimous vote of their full board, to fix their terms of office and their number, to be not more than twenty-five nor less than five.

Granted January 18, 1934, by the Regents of the University of the State of New York, executed under their seal and recorded in their office. Number **4209**

John N Byrne
Chancellor

President of the University
and
Commissioner of Education

New York Military Academy

Application papers filed no. 727. Charter issued same form as on page 598 of records of charters volume 3.

"Charter of" New York Military Academy "hereby incorporate" the legal successors of Charles Jefferson Wright, Belden Fountain Hyatt, William H. Harris, George McClellan Fiske, Benjamin H. Field, Courtlandt de Peyster Field

"name of" New York Military Academy

"Trustees of said corporation shall be" the legal successors of the six above named original incorporators under the provisional charter granted May 1, 1890.

The said provisional charter is hereby declared absolute.

This corporation shall be located at Cornwall, Orange county, New York.

"Charter no. 727    Dated June 21, 1893.

Signed by Anson Judd Upson "Chancellor"
            Melvil Dewey "Secretary"

Sent to school January 19, 1894

A true copy
  E. G. Fealey

University of the State of New York
Provisional Charter of New York Military Academy —

Whereas, Charles Jefferson Wright, B.S. A.M., Belden Fountain Hyatt, William H. Harris, George McClellan Fiske, D.D. Benjamin H. Field & Cortlandt De Peyster Field have asked that New York Military Academy be incorporated & admitted to the University &

Whereas the Regents are satisfied that public interests will be promoted by such incorporation, & official inspection shows that the said school is in part provided with suitable building library & apparatus & purposes within three years to complete such provision & in all other respects to meet the Regents' requirements for an absolute charter;

Therefore, Charles Jefferson Wright B.S., A.M., Belden Fountain Hyatt, William H. Harris, George McClellan Fiske D.D., Benjamin H. Field, Courtlandt De Peyster Field & their successors in office are hereby provisionally incorporated by the name

New York Military Academy

and said academy is hereby admitted to the University of the State of New York. As such it is subject to all ordinances & rules made by the Regents for high schools & academies & is entitled to official visitation, to representation in the University Convocation, to the Regents' preliminary & academic examinations, and to all other privileges of membership enjoyed by like institutions, except apportionments from the academic funds; provided that if within the specified three years all the conditions have not been fully met this provisional charter shall on notice from the Regents terminate & become void, but if such conditions have been fully met it shall be replaced by an absolute charter.

(seal) In witness whereof the Regents have granted this charter & have caused to be attached thereto the seal of the University. Done at the capitol in Albany, May 1, 1890.

Melvil Dewey
    Secretary

George William Curtis
    Chancellor

A true copy
    Attest Albert B. Watkins.
        Ass't Sec'y