# EXHIBIT 12

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.state.ny.us

110314000116

*(This form must be printed or typed in black ink)*

# ARTICLES OF ORGANIZATION
# OF

**Best Work Holdings (New York) LLC**
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

FIRST: The name of the limited liability company is: Best Work Holdings (New York) LLC

SECOND: The county within this state in which the office of the limited liability company is to be located is: New York County

THIRD: The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

Hua Lei

72 Wall Street, 11th Floor

New York, NY 10005

_(signature of organizer)_

Chris Mershon, Organizer
_(print or type name of organizer)_

DOS-1336 (Rev. 9/08)

110314000116

110314000116

# ARTICLES OF ORGANIZATION
## OF

**Best Work Holdings (New York) LLC**
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

Filed by: MyNewCompany.com, Inc.
*(Name)*

187 E. Warm Springs Road, Suite B
*(Mailing address)*

Las Vegas, NV 89119
*(City, State and ZIP code)*

NOTE: This form was prepared by the New York State Department of State for filing articles of organization for a domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with a $200 filing fee made payable to the Department of State.

lcc

STATE OF NEW YORK
DEPARTMENT OF STATE

MAR 14 2011

BY:

FILED 2011 MAR 14 AM 11:21

RECEIVED

DOS-1336 (Rev. 9/08)

132

CSC 45 DRAW DOWN

1 8 0 9 2 8 0 0 0 4 8 3

**NEW YORK STATE OF OPPORTUNITY.**

**Division of Corporations, State Records and Uniform Commercial Code**

New York State
**Department of State**
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF CHANGE OF

BEST WORK HOLDINGS (NEW YORK) LLC
_____
*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

BEST WORK HOLDINGS (NEW YORK) LLC

If the name of the limited liability company has been changed, the name under which it was organized is:_____.

**SECOND:** The date of filing of the articles of organization is: 03/14/2011.

**THIRD:** The change(s) effected hereby are: *[check appropriate statement(s)]*

1. ☐ The county location, within this state, in which the office of the limited liability company is located, is changed to:_____.

2. ☒ The address to which the Secretary of State shall forward copies of process accepted on behalf of the limited liability company is changed to read in its entirety as follows:

   c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2543.

3. ☐ The limited liability company hereby: *[check one]*

   ☐ Designates_____ as
   its registered agent upon whom process against the limited liability company may be served.
   The street address of the registered agent is:

   _____.

   [ ] Changes the designation of its registered agent to:_____.
   The street address of the registered agent is:

   _____.

   ☐ Changes the address of its registered agent to:

   _____.

   ☐ Revokes the authority of its registered agent.

DOS-1359-f (Rev. 03/17)                                                                                   Page 1 of 2

180928000483

X _____[Signature]_____   Capacity of Signer *(Check appropriate box)*
*(Signature)*

Leonard Hecht
*(Type or print name)*

☒ Member

☐ Manager

☐ Authorized Person

483

# CERTIFICATE OF CHANGE
# OF

BEST WORK HOLDINGS (NEW YORK) LLC
_____
*(Insert Name of Domestic Limited Liability Company)*

Under Section 211-A of the Limited Liability Company Law

Filer's Name and Mailing Address:

Leonard Hecht
_____
*Name:*

_____
*Company, if Applicable:*

729 7th Ave. 14th Floor
_____
*Mailing Address:*

New York, NY, 10019
_____
*City, State and Zip Code:*

Cons ed 414746ADC

**NOTES:**
1. The name of the limited liability company and the date of filing of the articles of organization must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
2. This form was prepared by the New York State Department of State for filing a certificate of change by a domestic limited liability company. You are not required to use this form. You may draft your own form or use forms available at legal supply stores.
3. The Department of State recommends that legal documents be prepared under the guidance of an attorney.
4. The certificate must be submitted with a **$30** filing fee made payable to the Department of State.

*(For office use only)*

RECEIVED 2018 SEP 28 PM 12:06

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED **SEP 28 2018**

TAX $
BY:

FILED 2018 SEP 28 PM 3:20

ICC

515

DOS-1359-f (Rev. 03/17)

Page 2 of 2

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** BEST WORK HOLDINGS (NEW YORK) LLC

**FILING PERIOD:** 03/2019

---

**Part 1 - Service of Process Address (Address must be within the United States or its territories)**

| Name |
|---|
| C/O CORPORATION SERVICE COMPANY |

| Address Line 1 |
|---|
| 80 STATE STREET |

| Address Line 2 |
|---|
|  |

| City | State | Zip Code |
|---|---|---|
| ALBANY | NY | 12207-2543 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

| Electronic Signature |
|---|
| WANG WEIMIN |

| Capacity of Signer |
|---|
| AUTHORIZED PERSON |

### FILED WITH THE NYS DEPARTMENT OF STATE ON: 03/18/2019
### FILING NUMBER:  190318060197 - 4066823