# EXHIBIT 13

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

_____

# FORM 20-F

_____

**(Mark One)**

o   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

x   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2019**

**OR**

o   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**OR**

o   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of event requiring this shell company report:**

**Commission file number: 001-34862**

# Fang Holdings Limited
(Exact name of registrant as specified in its charter)

**N/A**
(Translation of Registrant's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**Tower A, No. 20 Guogongzhuang Middle Street**
**Fengtai District, Beijing 100070**
**The People's Republic of China**
(Address of principal executive offices)

**Vincent Tianquan Mo, Executive Chairman**
**Telephone: +86-10-5631 8000**
**Fax: +86-10-5631 8010**
(Telephone, E-mail and/or Facsimile Number of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| American depositary shares (each American depositary share representing one Class A ordinary share, par value HK$1.00 each) | SFUN | The New York Stock Exchange |
| Class A ordinary shares, with a par value of HK$1.00 each* | | The New York Stock Exchange |

* Not for trading, but only in connection with the listing on the New York Stock Exchange of American depositary shares

Securities registered or to be registered pursuant to Section 12(g) of the Act:

**None**
(Title or Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:

**None**
(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

| | |
|---|---|
| Class A ordinary shares, par value HK$1.00 each | 65,403,527 |
| Class B ordinary shares, par value HK$1.00 each | 24,336,650 |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act

o Yes    x No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

o Yes    x No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

x Yes    o No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 229.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

x Yes    o No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or non-accelerated filer. See definition of "large accelerated filer, "accelerated filer" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer o | Accelerated filer x | Non-accelerated filer o |
| | | Emerging growth company o |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards † provided pursuant to Section 13(a) of the Exchange Act. o

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. x

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| | | |
|---|---|---|
| U.S. GAAP  x | International Financial Reporting Standards as issued by the International Accounting Standards Board  o | Other  o |

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow:

o Item 17    o Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

o Yes    x No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.

o Yes    o No


**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| INTRODUCTION | | 1 |
| FORWARD-LOOKING STATEMENTS | | 3 |
| PART I | | 4 |
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 4 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 4 |
| ITEM 3. | KEY INFORMATION | 4 |
| ITEM 4. | INFORMATION ON THE COMPANY | 37 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS | 59 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 59 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 77 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 92 |
| ITEM 8. | FINANCIAL INFORMATION | 99 |
| ITEM 9. | THE OFFER AND LISTING | 99 |
| ITEM 10. | ADDITIONAL INFORMATION | 100 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 108 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 110 |
| PART II | | 112 |
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 112 |
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 112 |
| ITEM 15. | CONTROLS AND PROCEDURES | 112 |
| ITEM 16A. | AUDIT COMMITTEE FINANCIAL EXPERT | 113 |
| ITEM 16B. | CODE OF ETHICS | 113 |
| ITEM 16C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 113 |
| ITEM 16D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 113 |
| ITEM 16E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 114 |
| ITEM 16F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 114 |
| ITEM 16G. | CORPORATE GOVERNANCE | 114 |
| ITEM 16H. | MINE SAFETY DISCLOSURE | 115 |
| PART III | | 116 |
| ITEM 17. | FINANCIAL STATEMENTS | 116 |
| ITEM 18. | FINANCIAL STATEMENTS | 116 |
| ITEM 19. | EXHIBITS | 116 |
| SIGNATURES | | 121 |

On May 29, 2015, MIIT promulgated the Circular on Relaxing the Geographical Restrictions Imposed on Certain Service Facilities Providing Value-added Telecommunication Services in the China (Shanghai) Pilot Free Trade Zone, which extends the geographical scope of establishing an agent of call center business and edge routers for domestic Internet virtual private network business from the China (Shanghai) Pilot Free Trade Zone to Shanghai Municipality. On June 19, 2015, MIIT further issued the Circular of the MIIT on Removing the Restrictions on Shareholding Ratio Held by Foreign Investors in Online Data Processing and Transaction Processing (Operational E-commerce) Business, which liberalizes the foreign ownership restrictions in online data processing and transaction processing (operational electronic commerce) business by expanding the business areas from the China (Shanghai) Pilot Free Trade Zone to nationwide, and the foreign ownership may be up to 100%.

The MIIT Notice requires that a value-added telecommunications business operator (or its shareholders) must own domain names and trademarks used by it in the value-added telecommunications business, and have premises and facilities appropriate for such business. To comply with the MIIT Notice, all of our related trademarks and domain names are owned directly by Beijing Technology and Beijing JTX Technology.

*Regulations relating to the Establishment of Offshore Special Vehicle by PRC Residents*

Pursuant to the Circular 37 promulgated by SAFE, which became effective on July 4, 2014, a PRC resident, including a PRC resident natural person or a PRC company, shall register with the local SAFE branch before it contributes assets or its equity interests into an overseas SPV established or controlled by the PRC resident for the purpose of investment and financing. When the overseas SPV that fulfilled the initial registration formalities undergoes certain major changes, including but not limited to, the change in the PRC-resident shareholder of the overseas SPV, name of the overseas SPV, term of operation, or any increase or reduction of the registered capital of the overseas SPV, share transfer or swap, and merger or division, the PRC resident shall timely register such change with the local SAFE branch.

We have requested our beneficial owners who are PRC residents to make the necessary applications, filings and amendments required by SAFE. However, we cannot provide any assurances that all of our beneficial owners who are PRC residents will continue to make, obtain or amend any applicable registrations or approvals required by these SAFE regulations. The failure or inability of our PRC resident beneficial owners to comply with the registration procedures set forth therein may subject us to fines and legal sanctions, restrict our cross-border investment activities, or limit our ability to contribute additional capital into our PRC subsidiaries, or limit our PRC subsidiaries' ability to pay dividends or make other distributions to our company or otherwise adversely affect our business. Moreover, failure to comply with the SAFE registration requirements could result in liability under PRC laws for evasion of foreign exchange restrictions.

*C. Organizational Structure*

We conduct substantially all of our operations in China through our PRC subsidiaries and consolidated controlled entities. For more information regarding the contractual arrangements among our PRC subsidiaries and consolidated controlled entities, see "Item 7.B. Major Shareholders and Related Party Transactions—Related Party Transactions—Structure Contracts."

The following is a list of our principal subsidiaries and consolidated controlled entities as of the date of this annual report:

56

| Name | Place of Formation | Relationship |
|---|---|---|
| Beijing Hong An Tu Sheng Network Technology Co., Ltd. ("Beijing Hong An") | China | Wholly-owned subsidiary |
| Beijing Li Man Wan Jia Network Technology Co., Ltd. ("Beijing Li Man Wan Jia") | China | Wholly-owned subsidiary |
| Beijing SouFun Network Technology Co., Ltd. ("Soufun Network") | China | Wholly-owned subsidiary |
| Beihai Tian Xia Dai Microfinance Co., Ltd. ("Beihai Tian Xia Dai Microfinance") | China | Wholly-owned subsidiary |
| Beijing Tuo Shi Huan Yu Network Technology Co., Ltd. ("Beijing Tuo Shi") | China | Wholly-owned subsidiary |
| Best Work Holdings (New York) LLC | United States | Wholly-owned subsidiary |
| Best Fang Holdings LLC | United States | Wholly-owned subsidiary |
| Chongqing Tian Xia Dai Microfinance Co., Ltd. ("Chongqing Tian Xia Dai Microfinance") | China | Wholly-owned subsidiary |
| Hangzhou SouFun Network Technology Co., Ltd. ("Hangzhou SouFun Network") | China | Wholly-owned subsidiary |
| Hong Kong Property Network Limited | Hong Kong | Wholly-owned subsidiary |
| Shanghai BaoAn Enterprise Co., Ltd. ("Shanghai BaoAn Enterprise") | China | Wholly-owned subsidiary |
| Shanghai BaoAn Hotel Co., Ltd. ("Shanghai BaoAn Hotel") | China | Wholly-owned subsidiary |
| Shanghai SouFun Microfinance Co., Ltd. ("Shanghai SouFun Microfinance") | China | Wholly-owned subsidiary |
| SouFun Media Technology (Beijing) Co., Ltd. ("SouFun Media") | China | Wholly-owned subsidiary |
| Tianjin Jia Tian Xia Microfinance Co., Ltd. ("Tianjin Jia Tian Xia Microfinance") | China | Wholly-owned subsidiary |
| Beijing Hua Ju Tian Xia Network Technology Co., Ltd. ("Beijing Hua Ju Tian Xia") | China | Consolidated controlled subsidiary |
| Beijing SouFun Science and Technology Development Co., Ltd. ("Beijing Technology") | China | Consolidated controlled subsidiary |
| Beijing Yi Ran Ju Ke Technology Development Co., Ltd. ("Beijing Yi Ran Ju Ke") | China | Consolidated controlled subsidiary |
| Fang Tian Xia Financial Information Service (Beijing) Ltd. (previously known as Beijing Tianxia Dai Information service Co., Ltd.) ("Tianxia Dai Information") | China | Consolidated controlled subsidiary |
| Hangzhou Nuo Guan Real Estate Broking Co., Ltd. ("Hangzhou Nuo Guan") | China | Consolidated controlled subsidiary |
| Shanghai Jia Biao Tang Real Estate Broking Co., Ltd. ("Shanghai JBT Real Estate Broking") | China | Consolidated controlled subsidiary |
| Shenzhen Yi Ran Ju Ke Real Estate Broking Co., Ltd. ("Shenzhen Yi Ran Ju Ke") | China | Consolidated controlled subsidiary |
| Wuhan SouFun Yi Ran Ju Ke Real Estate Agents Co., Ltd. ("Wuhan Yi Ran Ju Ke") | China | Consolidated controlled subsidiary |

The following diagram illustrates our corporate structure including our principal subsidiaries and consolidated controlled entities as of the date of this annual report:



\* The diagram above omits the names of subsidiaries and consolidated controlled entities that are insignificant individually and in the aggregate.
(1) Each of Shanghai BaoAn Enterprise and Shanghai BaoAn Hotel is owned as to 25.0% by Shanghai China Index, one of our consolidated controlled entities.
(2) Shanghai SouFun Microfinance is owned as to 20.0% by Beijing Technology and as to 10.0% by Beijing JTX Technology, both of which are our consolidated controlled entities.
(3) Shanghai JBT Real Estate Broking is owned as to 30.0% by Beijing Jia Tian Xia Advertising Co., Ltd. which is our consolidated controlled entity.

58