# EXHIBIT 14

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2020011501277052001EEAAC |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 2

| **Document ID:** 2020011501277052 | Document Date: 01-09-2020 | Preparation Date: 01-27-2020 |
|---|---|---|
| Document Type: FEDERAL LIEN-IRS | | Federal Lien Serial Number: 401607720 |
| Document Page Count: 1 | | |

| **PRESENTER:**<br>INTERNAL REVENUE SERVICE<br>135 HIGH STREET, STOP 155<br>HARTFORD, CT 06103<br>800-913-6050<br>ACRIS_LIENS@FINANCE.NYC.GOV | **RETURN TO:**<br>INTERNAL REVENUE SERVICE<br>CINCINNATI IRS CAMPUS<br>P.O. BOX 145595<br>CINCINNATI, OH 45250-5595 |
|---|---|

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| | | | | |

**Property Type:**

### CROSS REFERENCE DATA

CRFN_____  or  DocumentID_____  or  _____ Year ____ Reel ____ Page ____  or  File Number_____

### PARTIES

| **DEBTOR:**<br>JING CAO<br>1 CENTRAL PARK WEST APT 47D<br>NEW YORK, NY 10023-7703 | **SECURED PARTY:**<br>INTERNAL REVENUE SERVICE<br>135 HIGH STREET, STOP 155<br>HARTFORD, CT 06103 |
|---|---|

### FEES AND TAXES

| **Mortgage :** | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| Additional MRT: | $ | 0.00 | Recorded/Filed       01-28-2020 12:04 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ | EXEMPT | **2020000033962** | |
| Affidavit Fee: | $ | 0.00 | | |

*City Register Official Signature*

| Form 668 (Y)(c) (Rev February 2004) | 17505 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #1 Lien Unit Phone: (800) 829-3903 | **Serial Number** 401607720 | **For Optional Use by Recording Office** | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  JING CAO

Residence  1 CENTRAL PARK WEST APT 47D
NEW YORK, NY 10023-7703

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2017 | XXX-XX-5624 | 11/11/2019 | 12/11/2029 | 27111.23 |

Place of Filing
Register Office
New York County
New York, NY 10038

Total  $  27111.23

This notice was prepared and signed at _____MANHATTAN, NY_____, on this,

the __09th__ day of __January__, __2020__.

Signature _[signature]_ for S. MCGUIGAN

Title ACS SBSE (800) 829-3903

21-00-0008

(NOTE  Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev Rul 71-466, 1971 - 2 C B 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev 2-2004)
CAT NO 60025X