# EXHIBIT 15



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2015092500088004001E2968

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 6 |
|---|---|

**Document ID: 2015092500088004**     Document Date: 09-18-2015     Preparation Date: 09-25-2015
Document Type: DEED
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| REGISTER ABSTRACT CO., INC. | REGISTER ABSTRACT CO., INC. |
| 215-15 NORTHERN BLVD. SUITE 101 | 215-15 NORTHERN BLVD. SUITE 101 |
| ALL REJECTS PICK UP BY RED VISION | ALL REJECTS PICK UP BY RED VISION |
| BAYSIDE, NY 11361 | BAYSIDE, NY 11361 |
| 718-687-4928 | 718-687-4928 |
| JAGUNZO@TITLESNY.COM R-9896 | JAGUNZO@TITLESNY.COM R-9896 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1008 | 1027 | Entire Lot 21S | 112 WEST 56TH STREET |

Property Type:  SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN_____  or  DocumentID_____  or  _____ Year_____ Reel____ Page_____  or  File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| REDANCO LTD. | JING CAO |
| 25 FARRINGDON STREET | 112 WEST 56TH STREET, APT 21S |
| LONDON, ENGLAND EC4A 4AB | NEW YORK, NY 10019 |
| UNITED KINGDOM | |

☒ Additional Parties Listed on Continuation Page

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ | 25,436.25 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $7,140.00  +  $17,850.00 = $ | 24,990.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** |
| MTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** |
| NYCTA: | $ | 0.00 | **CITY OF NEW YORK** |
| Additional MRT: | $ | 0.00 | Recorded/Filed      10-02-2015 10:15 |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): |
| Recording Fee: | $ | 57.00 | **2015000352404** |
| Affidavit Fee: | $ | 0.00 | |

*Annette M Hill*

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2015092500088004001C2BE8

| RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION) | PAGE 2 OF 6 |
|---|---|

| Document ID: 2015092500088004 | Document Date: 09-18-2015 | Preparation Date: 09-25-2015 |
|---|---|---|
| Document Type: DEED | | |

**PARTIES**

**GRANTEE/BUYER:**
TIANQUAN MO
112 WEST 56TH STREET, APT 21S
NEW YORK, NY 10019





# BARGAIN AND SALE DEED WITH COVENANT AGAINST GRANTOR'S ACTS (INDIVIDUAL OR CORPORATION)

## FORM 8002 (short version), FORM 8007 (long version)

CAUTION: THIS AGREEMENT SHOULD BE PREPARED BY AN ATTORNEY AND REVIEWED BY ATTORNEYS FOR SELLER AND PURCHASER BEFORE SIGNING.

**THIS INDENTURE,** made the 18th day of September, 2015,

**BETWEEN** Redanco Ltd., having an address at 25 Farringdon Street, London, England, United Kingdom, EZ4A 4AB

party of the first part, and

Jing Cao and Tianquan Mo, having an address at 112 West 56th Street, apt 21S, New York, New York 10019,

party of the second part;

**WITNESSETH,** that the party of the first part, in consideration of One Dollars and No Cents ($1.00), lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever;

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City, County and State of New York, with the units being particularly identified for the purposes of RPL at 339-o as follows: New York, New York County, recorded in CRFN 2008000256630 on June 26, 2008, as Units 21S, with the intended use of the units as residential, and the common interest appertaining to the units being 1.4456402%;

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

Being the same premises conveyed to the party of the first part by deed made by UNIFI, Inc., dated June 9, 2008 in CRFN # 2008000256630 in the New York County Recording Office.

This conveyance has been made with the consent of the holders of at least two thirds of the outstanding shares of the party of the first part entitled to vote thereon obtained at a meeting duly called.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.


REDANCO LTD.

By: _____
Name: Robert Sutherland
Title:   Director




Acknowledgment by a Person Within New York State (RPL § 309-a)

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

On the 18th day of September in the year 2015, before me, the undersigned, personally appeared Robert Sutherland, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he executed the same in his capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)


CHI-YUAN HWANG
Notary Public, State of New York
No. 02HW4832711
Qualified in Nassau County
Commission Expires July 31, 2017

*Westcor Land Title Insurance Company*

Title Number: **R-9896-NY-2015**
Page **1**

### SCHEDULE A DESCRIPTION

THE CONDOMINIUM UNIT hereinafter referred to as the "Unit" in the building (hereinafter referred to as the "Building") known as Le Premier Condominium and by the Street Number 112 West 56th Street, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Residential Unit No. 21S in a Declaration dated 01-24-1983 made by Pamela Equities and Superior Condominium, Ltd., pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a plan for condominium ownership of the Building and the Land (hereinafter referred to as the "land") upon which the building is situate (which land is more particularly described below and by this reference made a part hereof), which Declaration was recorded in the New York City Register's Office on 03-08-1983 in Reel 671 Page 607, and has been amended by Amendment to the Declaration dated 02-07-1983 recorded 03-22-1983 in Reel 674 page 449 and further amended by Amendment to the Declaration dated 08-26-2004 recorded 11-03-2004 as CRFN 2004000680429 (which Declaration and Amendments thereto are hereinafter collectively referred to as the "Declaration"). This Unit is also designated as Tax Lot 1027 in Block 1008 of the County of New York on the Tax Map of the Real Property Assessment  Department and on the Floor Plans of the Building, Certified by Schuman, Lichtenstein, Claman & Efron, Architects on 02-08-1983 and filed with the Real Property Assessment Department on 03-08-1983 as Condominium Plan No. 84.

TOGETHER with an undivided 1.4456402% interest in the Common Elements (as such term is defined in the Declaration).

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point in the southerly side of 56th Street, distant 150 feet westerly from the corner formed by the intersection of the southerly side of 56th Street and the westerly side of 6th Avenue;

RUNNING THENCE southerly parallel with 6th Avenue and part of the way through a party wall,  100 feet 5 inches;

THENCE westerly parallel with 56th Street, 75 feet;

THENCE northerly parallel with 6th Avenue, 100 feet 5 inches to the southerly side of 56th Street;

THENCE easterly along the southerly side of 56th Street, 75 feet to the point or place of BEGINNING.

1

*Deed*

| <u>Title No. R-9896-NY-2015</u> | **Section** | |
| | **Block** | 1008 |
| | **Lot** | 1027 |
| Redanco Ltd. | **County or Town** New York | |
| **To** | **Street Address** | 112 West 56th Street, Apt 21S |
| Jing Cao and Tianquan Mo | | New York, New York 10019 |

**Return By Mail To:**

Law Offices of Xuejie Wong PLLC
136-20 38 Avenue, Suite 9I
Flushing, New York 11354
Attn: Ye Xiong, Esq.

**Reserve This Space For Use Of Recording Office**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2015092500088004001SE7E9

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2015092500088004**   Document Date: 09-18-2015   Preparation Date: 09-25-2015
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2015091700265

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**FOR CITY USE ONLY**

| C1. County Code | C2. Date Deed Recorded | Month / Day / Year |
| --- | --- | --- |

C3. Book **OR**
C4. Page

C5. CRFN

**REAL PROPERTY TRANSFER REPORT**
**STATE OF NEW YORK**
**STATE BOARD OF REAL PROPERTY SERVICES**

# RP - 5217NYC

## PROPERTY INFORMATION

| 1. Property Location | 112 | WEST 56TH STREET 21S | MANHATTAN | 10019 |
| --- | --- | --- | --- | --- |
| | STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE |

**2. Buyer Name**

| CAO | JING |
| --- | --- |
| LAST NAME / COMPANY | FIRST NAME |
| MO | TIANQUAN |
| LAST NAME / COMPANY | FIRST NAME |

**3. Tax Billing Address** — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

| | LAST NAME / COMPANY | FIRST NAME |
| --- | --- | --- |
| STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE |

**4. Indicate the number of Assessment Roll parcels transferred on the deed**     1     # of Parcels **OR** [ ] Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
6. Ownership Type is Condominium [✔]
7. New Construction on Vacant Land [ ]

**5. Deed Property Size**
FRONT FEET ___ X ___ DEPTH **OR** ___ ACRES

**8. Seller Name**

| REDANCO LTD. | |
| --- | --- |
| LAST NAME / COMPANY | FIRST NAME |
| | |
| LAST NAME / COMPANY | FIRST NAME |

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | [✔] One Family Residential | C | [ ] Residential Vacant Land | E | [ ] Commercial | G | [ ] Entertainment / Amusement | I | [ ] Industrial |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| B | [ ] 2 or 3 Family Residential | D | [ ] Non-Residential Vacant Land | F | [ ] Apartment | H | [ ] Community Service | J | [ ] Public Service |

## SALE INFORMATION

**10. Sale Contract Date**     8 / 5 / 2015
Month / Day / Year

**11. Date of Sale / Transfer**     9 / 18 / 2015
Month / Day / Year

**12. Full Sale Price** $     1 7 , 8 5 0 , 0 0 0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| A | [ ] Sale Between Relatives or Former Relatives |
| --- | --- |
| B | [ ] Sale Between Related Companies or Partners in Business |
| C | [ ] One of the Buyers is also a Seller |
| D | [ ] Buyer or Seller is Government Agency or Lending Institution |
| E | [ ] Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | [ ] Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | [ ] Significant Change in Property Between Taxable Status and Sale Dates |
| H | [ ] Sale of Business is Included in Sale Price |
| I | [ ] Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | [✔] None |

## ASSESSMENT INFORMATION  -  Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**     R, 4     **16. Total Assessed Value (of all parcels in transfer)**     1 7 8 7 8 5

**17. Borough, Block and Lot / Roll Identifier(s)  ( If more than three, attach sheet with additional identifier(s) )**

MANHATTAN 1008 1027

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| x _Jing Cao, by ____ as agent_   9/18/15 | | WONG | XUEJIE |
| BUYER SIGNATURE                    DATE | | LAST NAME | FIRST NAME |
| 112 WEST 56TH STREET, APT 21S | | 718 | 461-8461 |
| STREET NUMBER          STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
| NEW YORK | NY | 10019 | SELLER |
| CITY OR TOWN | STATE | ZIP CODE | _____, Director        9/18/2015 |
| | | | SELLER SIGNATURE                        DATE |
| | | | Robert Sutherland |

Form RP-5217 NYC

ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

x *Tianguan Mo by* _____ 9/18/15
Buyer Signature *as agent*    Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

_____  _____
Buyer Signature            Date

## SELLERS

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

_____  _____
Seller Signature           Date

2015091700265201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York          )
                            ) SS.:
County of *New York*        )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 112 WEST 56TH STREET | , | 21S |
|---|---|---|
| Street Address | | Unit/Apt. |

| MANHATTAN | New York, | 1008 | 1027 | (the "Premises"); |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required and must be notarized).

**SEAL**

| *Redanco Ltd.* | *Jing Cao* |
|---|---|
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| *Robert Sutherland* | *Jing Cao, by ___ as agent* |
| Signature of Grantor | Signature of Grantee |
| *Director* | |
| Sworn to before me | Sworn to before me |
| this 18th date of *September* 20 15 | this 18th date of *September* 20 15 |
| CHI-YUAN HWANG | CHI-YUAN HWANG |
| Notary Public, State of New York | Notary Public, State of New York |
| No. 02HW4832711 | No. 02HW4832711 |
| Qualified in Nassau County | Qualified in Nassau County |
| Commission Expires July 31, 2017 | Commission Expires July 31, 2017 |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2015091700265101