Timothy G. Nelson
Eva Y. Chan
SKADDEN ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Application of                                              :

EVENSTAR MASTER FUND SPC for and on :
behalf of
EVENSTAR MASTER SUB-FUND I              :        Civ. Action No. _____
SEGREGATED PORTFOLIO; and
EVENSTAR SPECIAL SITUATIONS          :
LIMITED
                                                                 :
For an Order to Take Discovery Pursuant to 28
U.S.C. § 1782 for Use in a Foreign Proceeding  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Petitioner

Evenstar Master Fund SPC states it is an exempted segregated portfolio company incorporated

under the laws of the Cayman Islands.  No publicly traded company holds at least a 10%

ownership in Evenstar Master Fund SPC.  Petitioner Evenstar Special Situations is a limited

liability company incorporated under the laws of the Cayman Islands, and is a wholly-owned

subsidiary of Evenstar Master Fund SPC.

Date:   November 18, 2020
          New York, NY

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP

*/s/ Timothy G. Nelson*

Timothy G. Nelson
Eva Y. Chan
One Manhattan West
New York, New York, 10001
Tel:  (212) 735-3000
Fax:  (212) 735-2000