# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
+1.212.921.8399
WWW.LSWLAW.COM

April 29, 2021

By ECF

Hon. Judith C. McCarthy
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *In re Application of Evenstar Master Fund SPC*, No. 20 Misc. 00418 (CS) (JCM)

Dear Magistrate Judge McCarthy:

     We represent Wall Street Global Training Center, Inc., New York Military Academy, and Research Center on Natural Conservation Inc. in the above matter, in which the Court has scheduled a pre-motion conference for May 13, 2021, at 12:00 p.m. (Dkt. 17). Due to a scheduling conflict, we write respectfully to request that the pre-motion conference be adjourned until 2:00 p.m. or later the same day. No prior request for adjournment has been made. Petitioners' counsel has advised us that it has no objection to this request.

                                              Respectfully,

                                              Matthew G. Coogan

---

**SO ORDERED:**
Application granted. The telephone conference scheduled for May 13, 2021 at 12:00 p.m. is adjourned to 2:00 p.m. on the same date. Counsel shall call 877-873-8017 and enter access code 4264138 at the time of the conference.

_Judith C. McCarthy_    5-4-21
JUDITH C. McCARTHY
United States Magistrate Judge