UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVENSTAR MASTER FUND SPC, *et al.*,

                               Petitioners,        **SCHEDULING ORDER**

      -against-                                            20 Misc. 418 (CS)(JCM)

WALL STREET GLOBAL TRADING CENTER
INC., *et al.*,

                               Respondents.
-----------------------------------------------------------X

TO ALL PARTIES:

The Oral Argument scheduled for July 23, 2021 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy is adjourned to July 30, 2021 at 11:30 a.m. and will be conducted via telephone.

Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

The Clerk is respectfully requested to terminate the pending letter motion, (Docket No. 47).

Dated: July 20, 2021
       White Plains, New York

                                                  **SO ORDERED:**

                                                  */s/ Judith C. McCarthy*
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge